UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-05086-MAA                                                  Date:  November 25, 2025

Title   Joseph Rayhbuck v. Cathal McGinley

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

   On June 4, 2025, Plaintiff Joseph Raybuck ("Plaintiff") filed a complaint.  (ECF No. 1.)  On July 28, 2025, upon Plaintiff's requests (ECF Nos. 6–7), the Clerk issued a summons as to Defendant "Cathal McGinley p/k/a Kathel, an individual c/o CD Baby, Inc. c/o VCorp Services, LLC" ("Defendant") (ECF No. 8).  On July 31, 2025, Plaintiff filed a proof of service indicating that the summons, complaint, and other documents were delivered by personal service to Robin Hutt-Banks, authorized agent of Defendant, on July 31, 2025.  (ECF No. 9.)  Pursuant to the summons, Defendant's answer was due within 21 days of service.  (ECF No. 8.)  Service effected on July 31, 2025, therefore, would mean that Defendant was required to answer by August 21, 2025.  As of November 24, 2025, however, no answer or other response from Defendant has been filed.

   Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:  (1) response to the complaint by Defendant or (2) an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

   It is so ordered.